UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR COLBERT, ASSENAGON CREDIT SUBDEBT AND COCO, AXIOM LUX SICAV, and AXIOM EUROPEAN FINANCIAL DEBT FUND LIMITED Individually and on Behalf of All Other Credit Suisse Group AG AT1 Bondholders,<br><br>                    Plaintiffs,<br><br>vs.<br><br>BRADY W. DOUGAN, ERIC VARVEL, JAMES L. AMINE, TIMOTHY P. O'HARA, DAVID MILLER, BRIAN CHIN, CHRISTIAN MEISSNER, GAËL DE BOISSARD, URS RÖHNER, TIDJANE THIAM, THOMAS GOTTSTEIN, SIR ANTÓNIO HORTA-OSÓRIO, ROBERT S. SHAFIR, LARA J. WARNER, RICHARD E. THORNBURGH, ANDREAS GOTTSCHLING, MICHAEL KLEIN, and NOREEN DOYLE,<br><br>                    Defendants. | Case No. 1:23-cv-04582-FB-MMH |

**ORDER**

Having considered Plaintiffs' Unopposed Motion to Transfer Venue, the Court finds that venue is appropriate in the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a) and that transfer to that District would serve the convenience of the parties and witnesses and the interests of justice.

It is HEREBY ORDERED that:

1.   The Motion to Transfer Venue is GRANTED.

2.   The Clerk of Court is directed to transfer this case to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a).

2

        3.        All dates on this Court's calendar for this action shall be withdrawn in light of the transfer.

**IT IS SO ORDERED.**

DATED this  15  day of  August  2023.

                                          /S/ Frederic Block
                                        UNITED STATES DISTRICT JUDGE